# Court of Appeals
# of the State of Georgia

ATLANTA, April 26, 2021

*The Court of Appeals hereby passes the following order*

**A21I0168. SELECT SPECIALTY HOSPITAL - MIDTOWN ATLANTA, LLC v. ABIEGALE ROGERS, AS ADMINISTRATOR OF THE ESTATE OF SONNY ROGERS, DECEASED.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18C08479



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 26, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*